# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | : | PROMESA |
| | : | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : : | Case No. 17-BK-3283 (LTS) |
| as representative of | : : | (Joint Administered) |
| THE COMMONWEALTH OF PUERTO RICO, | : : : | |
| Debtor[1]. | : : : : | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO, | : : : : | Adv. Proc. No. 17-257 (LTS) |
| as agent of, | : : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : : : | |
| as representative of | : : | |
| THE COMMONWEALTH OF PUERTO RICO, | : : | |
| Plaintiff, | : : | |
| v. | : : | |
| BETTINA WHYTE, | : : | |

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

|  |  |
|---|---|
| as agent of | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : |
|  | : |
| as representative of, | : |
|  | : |
| THE PUERTO RICO SALES TAX FINANCING CORPORAITON, | : |
|  | : |
| Defendant. | : |

## MOTION TO WITHDRAW

**PLEASE TAKE NOTICE** that Lanora C. Pettit hereby respectfully withdraws his appearance as counsel for Intervenor the Ad Hoc Group of General Obligation Bondholders, and requests removal from service of any further pleadings in connection with these matters. The appearances by other attorneys at Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP are unaffected by this request.

Dated: June 18, 2019 Respectfully Submitted,

/s/ Lanora C. Pettit
Lanora C. Pettit
ROBBINS, RUSSELL, ENGLERT, ORSECK,
   UNTEREINER & SAUBER LLP
2000 K Street, 4th Floor,
Washington, D.C. 20006
Phone: 202-775-4490
Fax: 202-775-4510